partment. January 21, 1914.) Action by Lewis Golub against George I. Landy.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents.

---

GORHAM, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by William W. Gorham against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted in the City Court of Fulton, to be held on the 28th day of January, 1914, at 10 o'clock a. m., with costs to appellant to abide event. The judgment of the City Court was contrary to and against the weight of the evidence, both upon the question of defendant's negligence and upon plaintiff's freedom from negligence which contributed to the accident.

KRUSE, P. J., and ROBSON, J., dissent.

---

GOROVOY, Respondent, v. WEST SIDE MASON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Celia Gorovoy, as administratrix, etc., against the West Side Mason Contracting Company. I. T. Flatto, of New York City, for appellant. H. L. Horwitz, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 143 N. Y. S. 1118.

---

In re GRAY. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of James A. Gray, an attorney. No opinion. Referred to official referee. Settle order on notice.

---

GRAY v. GRAY. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by John B. Gray against Justine S. Gray. No opinion. Motion for stay denied, with $10 costs, unless appellant comply with terms stated in memorandum per curiam. Settle order on notice. See, also, 145 N. Y. Supp. 1125.

---

GRAY, Appellant, v. GRAY, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John B. Gray against Justine S. Gray. J. J. Curtin, of New York City, for appellant. E. Shelby, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 N. Y. Supp. 1125.

---

GRAY v. GRAY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John B. Gray against Justine S. Gray. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 145 N. Y. Supp. 1125.

---

GRAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Charles P. Gray against the New York Central & Hudson River Railroad Company. W. Mann, of New York City, for appellant. A. W. Clement, of New York City, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed. See, also, 158 App. Div. 926, 143 N. Y. Supp. 1119.

INGRAHAM, P. J., dissents.

---

GREENBERG v. GINSBERG et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Isaac Greenberg against Harry Ginsberg, impleaded with others. No opinion. Application denied, with $10 costs. Order signed. See, also, 82 Misc. Rep. 415, 143 N. Y. Supp. 1017.

---

GREENBERG v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Michael Greenberg, an infant, against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 144 N. Y. Supp. 1118.

---

GREER et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Clara A. M. Greer and others against Samuel Smith. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1118.

---

GRIFFITH, Appellant, v. IRISH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Ellen Griffith, as executrix, etc., against Charles G. Irish, as executor, etc. No opinion. Judgment affirmed, with costs.

---

GUNHOUSE, Respondent, v. FRAENKEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Joseph L. Gunhouse against Max Fraenkel. No opinion. Motion granted, without costs. See, also, 153 App. Div. 359, 138 N. Y. Supp. 444.

---

HACK, Respondent, v. SUPREME LODGE OF KNIGHTS AND LADIES OF HONOR, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Elisa Hack against the Supreme Lodge of Knights and Ladies of Honor. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the question as to whether plaintiff had become a saloon keeper, within the meaning of the by-laws of defendant, was one of fact for the jury.